IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMMY R. THOMAS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 12-cv-795-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Tammy R. Thomas' motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of American and against petitioner Tammy R. Thomas.

**DATED:** January 30, 2013      **NANCY J. ROSENSTENGEL,** Clerk of Court

    By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**